161 A.3d 793

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John Franklin WRIGHT, Jr., Petitioner**

**No. 584 MAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**